# United States Bankruptcy Court
## Northern District of Georgia

In re: **Rebecca Louise Moses**, Debtor(s)

Case No.  
Chapter **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Rebecca Louise Moses**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☒ Other

**Receives Social Security**

Date **July 31, 2021**

Signature **/s/ Rebecca Louise Moses**  
Rebecca Louise Moses  
Debtor

(DocuSigned by: RLM — 9B28C8546F23495...)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

DocuSign

# Certificate Of Completion

Envelope Id: 84DF10B055174F0CAFA64C16DC973F10
Subject: Please DocuSign: Contract Petition.pdf
Source Envelope:
Document Pages: 60
Certificate Pages: 4
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 10
Initials: 0

Status: Completed

Envelope Originator:
Shandreka Walton

IP Address: 69.180.33.9

## Record Tracking

Status: Original
7/31/2021 10:09:17 AM

Holder: Shandreka Walton

Location: DocuSign

## Signer Events

**Becky Moses**

Security Level: Email, Account Authentication (None)

Signature

[Signature: RLM — 9B28C8546F23495...]

Signature Adoption: Drawn on Device
Using IP Address: 99.1.205.179
Signed using mobile

Timestamp

Sent: 7/31/2021 10:17:22 AM
Viewed: 7/31/2021 4:13:23 PM
Signed: 8/2/2021 10:06:43 AM

**Electronic Record and Signature Disclosure:**
Accepted: 7/31/2021 4:13:23 PM
ID: ee570069-180a-4d32-9028-d7eb6acbff0b

## In Person Signer Events
Signature | Timestamp

## Editor Delivery Events
Status | Timestamp

## Agent Delivery Events
Status | Timestamp

## Intermediary Delivery Events
Status | Timestamp

## Certified Delivery Events
Status | Timestamp

## Carbon Copy Events
Status | Timestamp

## Witness Events
Signature | Timestamp

## Notary Events
Signature | Timestamp

## Envelope Summary Events

| | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2021 10:17:22 AM |
| Certified Delivered | Security Checked | 7/31/2021 4:13:23 PM |
| Signing Complete | Security Checked | 8/2/2021 10:06:43 AM |
| Completed | Security Checked | 8/2/2021 10:06:43 AM |

## Payment Events
Status | Timestamps

## Electronic Record and Signature Disclosure