# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-55745-PWB  
**Case Name:** MOSES, REBECCA LOUISE  
**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/02/2021 (f)  
**§ 341(a) Meeting Date:** 09/01/2021  
**Claims Bar Date:** 01/24/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2507 Baysridge Drive, Kennesaw, GA 30152-0000, Cobb County | 234,056.00 | 13,312.00 | | 0.00 | 265,000.00 |
| 2 | 2009 Hyundai Santa Fe<br>Notice of Abandonment filed, Dkt # 12. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Furniture, Appliances, etc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Wells Fargo Bank | 225.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: Wells Fargo Bank | 125.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement Annuity | 48,000.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals**    (Excluding unknown values) | **$288,756.00** | **$13,312.00** | | **$0.00** | **$265,000.00** |

**Major Activities Affecting Case Closing:**

10/25/2021  Request for Claims Bar Date filed; Notice of Abandonment of 2009 Hyundai Santa Fe.

6/30/2022 - Trustee and debtor continue to discuss purchase terms for sale of equity in real property to debtor.

**Initial Projected Date Of Final Report (TFR):**    12/31/2023    **Current Projected Date Of Final Report (TFR):**    12/31/2023